CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J.A.S.G,

                        Plaintiff,

        v.

KRISTI NOEM, Secretary, United States
Department of Homeland Security, *et al*.,

                        Defendants.

Case No. 3:25-cv-10184-LJC

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 25, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on January 22, 2026, as scheduled. On Wednesday, November 26, 2025, USCIS placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed February 10, 2026).

Stipulation to Stay
Case No. 3:25-cv-10184-LJC                                1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 25, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 10, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: December 5, 2025

*/s/ Celia Meredith*
CELIA MEREDITH
Oasis Legal Services
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until March 25, 2026.


Date: February 11, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-10184-LJC                              2