CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.A.S.G,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-10184-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On February 11, 2026, the Court granted the parties' request to stay proceedings until March 25, 2026. Dkt. No. 16. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 25, 2026). The Policy Memorandum states that within 90 days of issuance of the memorandum, USCIS will issue operational guidance. *Id.* at 3. As of the date of this filing, the hold has not been lifted, and final guidance has not

Stipulation to Stay
Case No. 3:25-cv-10184-LJC        1

yet been issued. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to continue the stay of proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 23, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 25, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 25, 2026

*/s/ Celia Meredith*
CELIA MEREDITH
Oasis Legal Services
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 23, 2026.

Date: March 26, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-10184-LJC                    2